MILLSAPS v. CONTRACTING CO.

　　No. 130 PC.

　　Case below: 14 N.C. App. 321.

　　Petition for writ of certiorari to North Carolina Court of Appeals denied 31 July 1972.


PRESSLEY v. CASUALTY CO.

　　No. 136 PC.

　　Case below: 14 N.C. App. 561.

　　Petition for writ of certiorari to North Carolina Court of Appeals denied 31 July 1972.


RICKERT v. RICKERT

　　No. 115 PC.

　　Case below: 14 N.C. App. 351.

　　Petition for writ of certiorari to North Carolina Court of Appeals allowed 31 July 1972.


RIVENBARK v. CONSTRUCTION CO.

　　No. 127 PC.

　　Case below: 14 N.C. App. 609.

　　Petition for writ of certiorari to North Carolina Court of Appeals denied 1 August 1972.


SAVINGS & LOAN ASSOC. v. TRUST CO.

　　No. 135 PC.

　　Case below: 14 N.C. App. 567.

　　Petition for writ of certiorari to North Carolina Court of Appeals allowed 1 August 1972.